Certificate Number: 17082-PAE-DE-028382243

Bankruptcy Case Number: 16-17774



17082-PAE-DE-028382243

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2016, at 6:53 o'clock PM MST, NANCY J GIBBONS LEWIS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    November 18, 2016              By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director