**Gunton Corporation**
26150 Richmond Rd
Bedford Hts, OH 44146

Direct Deposit Advice

*paylocity*

Check Date
November 4, 2016

Voucher Number
33363

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, N.A. | C | ***8248 | 1,521.44 |
| Total Direct Deposits | | | 1,521.44 |

B6225  580  521637  33363  29293    B6225

Non-Negotiable - This is not a check - Non Negotiable

Mark S Lewis
2047 Fieldview Drive
Nazareth, PA 18064

**Non Negotiable - This is not a check - Non Negotiable**

**Gunton Corporation**

**Mark S Lewis**                                                                                        **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 521637 | Fed Taxable Income | 1,852.89 | Check Date | November 4, 2016 | Voucher Number 33363 |
| Location | 580 | Fed Filing Status | M-4 | Period Beginning | October 24, 2016 | Net Pay 1,521.44 |
| Hourly | $26.44 | State Filing Status | M-0 | Period Ending | November 6, 2016 | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AUTO AL | | 0.00 | 101.54 | 2,233.88 |
| HOLIDAY | | | | 1,269.23 |
| REGULAR | 26.44 | 80.00 | 2,115.38 | 45,269.13 |
| **Gross Earnings** | | **80.00** | **2,216.92** | **48,772.24** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 99.47 | 2,826.72 |
| MED | 27.79 | 608.26 |
| PA | 58.83 | 1,287.80 |
| PA-461702 | 23.00 | 503.42 |
| PA-LIM7 | 2.00 | 44.00 |
| PASUI-E | 1.55 | 34.14 |
| SS | 118.81 | 2,600.76 |
| **Taxes** | **331.45** | **7,905.10** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 63.46 | 1,142.28 |
| Health Pre-tax | 207.69 | 4,776.88 |
| Medical Flex Plan | 76.92 | 1,692.24 |
| Trans Reins Fee | 4.15 | 95.44 |
| Vision-Non taxable | 11.81 | 259.82 |
| **Deductions** | **364.03** | **7,966.66** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, N.A. | C | ***8248 | 1,521.44 |
| **Total Direct Deposits** | | | **1,521.44** |

Gunton Corporation | 26150 Richmond Rd  Bedford Hts, OH 44146 | (216) 831-2420

**Gunton Corporation**
26150 Richmond Rd
Bedford Hts, OH 44146

Direct Deposit Advice

paylocity

Check Date
October 21, 2016

Voucher Number
33021

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, N.A. | C | ***8248 | 1,521.44 |
| Total Direct Deposits | | | 1,521.44 |

B6225   580   521637 33021 28990      B6225

Mark S Lewis
2047 Fieldview Drive
Nazareth, PA  18064

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Gunton Corporation

**Mark S Lewis**                                                                 **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 521637 | Fed Taxable Income | 1,852.89 | Check Date | October 21, 2016 |
| Location | 580 | Fed Filing Status | M-4 | Period Beginning | October 10, 2016 |
| Hourly | $26.44 | State Filing Status | M-0 | Period Ending | October 23, 2016 |

| Voucher Number | 33021 |
|---|---|
| Net Pay | 1,521.44 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AUTO AL | | 0.00 | 101.54 | 2,132.34 |
| HOLIDAY | | | | 1,269.23 |
| REGULAR | 26.44 | 80.00 | 2,115.38 | 43,153.75 |
| Gross Earnings | | 80.00 | 2,216.92 | 46,555.32 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 99.47 | 2,727.25 |
| MED | 27.79 | 580.47 |
| PA | 58.83 | 1,228.97 |
| PA-461702 | 23.00 | 480.42 |
| PA-LIM7 | 2.00 | 42.00 |
| PASUI-E | 1.55 | 32.59 |
| SS | 118.81 | 2,481.95 |
| Taxes | 331.45 | 7,573.65 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 63.46 | 1,078.82 |
| Health Pre-tax | 207.69 | 4,569.19 |
| Medical Flex Plan | 76.92 | 1,615.32 |
| Trans Reins Fee | 4.15 | 91.29 |
| Vision-Non taxable | 11.81 | 248.01 |
| Deductions | 364.03 | 7,602.63 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, N.A. | C | ***8248 | 1,521.44 |
| Total Direct Deposits | | | 1,521.44 |

Gunton Corporation | 26150 Richmond Rd  Bedford Hts, OH 44146 | (216) 831-2420

**Gunton Corporation**
26150 Richmond Rd
Bedford Hts, OH 44146

Direct Deposit Advice

**paylocity**

Check Date
October 7, 2016

Voucher Number
32554

DIRECT DEPOSIT VOUCHER

| Direct Deposits Type | Account | Amount |
|---|---|---|
| PNCBANK, C N.A. | ***8248 | 1,521.39 |
| **Total Direct Deposits** | | **1,521.39** |

B6225   580   521637 32554 28598           B6225

Mark S Lewis
2047 Fieldview Drive
Nazareth, PA 18064

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

**Gunton Corporation**

**Mark S Lewis**                                                                                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 521637 | Fed Taxable Income | 1,852.89 | Check Date | October 7, 2016 | Voucher Number | 32554 |
| Location | 580 | Fed Filing Status | M-4 | Period Beginning | September 26, 2016 | Net Pay | 1,521.39 |
| Hourly | $26.44 | State Filing Status | M-0 | Period Ending | October 9, 2016 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AUTO AL | | 0.00 | 101.54 | 2,030.80 |
| HOLIDAY | | | | 1,269.23 |
| REGULAR | 26.44 | 80.00 | 2,115.38 | 41,038.37 |
| **Gross Earnings** | | **80.00** | **2,216.92** | **44,338.40** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 99.47 | 2,627.78 |
| MED | 27.79 | 552.68 |
| PA | 58.83 | 1,170.14 |
| PA-461702 | 23.00 | 457.42 |
| PA-LIM7 | 2.00 | 40.00 |
| PASUI-E | 1.59 | 31.04 |
| SS | 118.82 | 2,363.14 |
| **Taxes** | **331.50** | **7,242.20** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 63.46 | 1,015.36 |
| Health Pre-tax | 207.69 | 4,361.50 |
| Medical Flex Plan | 76.92 | 1,538.40 |
| Trans Reins Fee | 4.15 | 87.14 |
| Vision-Non taxable | 11.81 | 236.20 |
| **Deductions** | **364.03** | **7,238.60** |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| PNCBANK, C N.A. | ***8248 | 1,521.39 |
| **Total Direct Deposits** | | **1,521.39** |

**Gunton Corporation**
26150 Richmond Rd
Bedford Hts, OH 44146

Direct Deposit Advice

paylocity

Check Date: September 23, 2016

Voucher Number: 32212

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, N.A. | C | ***8248 | 1,521.44 |
| Total Direct Deposits | | | 1,521.44 |

B6225  580  521637 32212 28292     B6225

Non Negotiable - This is not a check - Non Negotiable

Mark S Lewis
2047 Fieldview Drive
Nazareth, PA 18064

## Non Negotiable - This is not a check - Non Negotiable

### Gunton Corporation

**Mark S Lewis**

Earnings Statement

| | | |
|---|---|---|
| Employee ID | 521637 | Fed Taxable Income | 1,852.89 | Check Date | September 23, 2016 | Voucher Number | 32212 |
| Location | 580 | Fed Filing Status | M-4 | Period Beginning | September 12, 2016 | Net Pay | 1,521.44 |
| Hourly | $26.44 | State Filing Status | M-0 | Period Ending | September 25, 2016 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AUTO AL | | 0.00 | 101.54 | 1,929.26 |
| HOLIDAY | 26.44 | 8.00 | 211.54 | 1,269.23 |
| REGULAR | 26.44 | 72.00 | 1,903.84 | 38,922.99 |
| **Gross Earnings** | | **80.00** | **2,216.92** | **42,121.48** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 99.47 | 2,528.31 |
| MED | 27.79 | 524.89 |
| PA | 58.83 | 1,111.31 |
| PA-461702 | 23.00 | 434.42 |
| PA-LIM7 | 2.00 | 38.00 |
| PASUI-E | 1.55 | 29.45 |
| SS | 118.81 | 2,244.32 |
| **Taxes** | **331.45** | **6,910.70** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 63.46 | 951.90 |
| Health Pre-tax | 207.69 | 4,153.81 |
| Medical Flex Plan | 76.92 | 1,461.48 |
| Trans Reins Fee | 4.15 | 82.99 |
| Vision-Non taxable | 11.81 | 224.39 |
| **Deductions** | **364.03** | **6,874.57** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, N.A. | C | ***8248 | 1,521.44 |
| **Total Direct Deposits** | | | **1,521.44** |

Gunton Corporation | 26150 Richmond Rd Bedford Hts, OH 44146 | (216) 831-2420

**Gunton Corporation**
26150 Richmond Rd
Bedford Hts, OH 44146

Direct Deposit Advice

*paylocity*

Check Date: September 9, 2016

Voucher Number: 31755

## DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, N.A. | C | ***8248 | 1,521.44 |
| **Total Direct Deposits** | | | **1,521.44** |

B6225   580   521637  31755  27907      B6225
Mark S Lewis
2047 Fieldview Drive
Nazareth, PA  18064

## Non Negotiable - This is not a check - Non Negotiable

### Gunton Corporation

**Mark S Lewis**                                                              **Earnings Statement**

| Employee ID | 521637 | Fed Taxable Income | 1,852.89 | Check Date | September 9, 2016 | Voucher Number | 31755 |
| Location | 580 | Fed Filing Status | M-4 | Period Beginning | August 29, 2016 | Net Pay | 1,521.44 |
| Hourly | $26.44 | State Filing Status | M-0 | Period Ending | September 11, 2016 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AUTO AL | | 0.00 | 101.54 | 1,827.72 |
| HOLIDAY | | | | 1,057.69 |
| REGULAR | 26.44 | 80.00 | 2,115.38 | 37,019.15 |
| **Gross Earnings** | | **80.00** | **2,216.92** | **39,904.56** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 99.47 | 2,428.84 |
| MED | 27.79 | 497.10 |
| PA | 58.83 | 1,052.48 |
| PA-461702 | 23.00 | 411.42 |
| PA-LIM7 | 2.00 | 36.00 |
| PASUI-E | 1.55 | 27.90 |
| SS | 118.81 | 2,125.51 |
| **Taxes** | **331.45** | **6,579.25** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 63.46 | 888.44 |
| Health Pre-tax | 207.69 | 3,946.12 |
| Medical Flex Plan | 76.92 | 1,384.56 |
| Trans Reins Fee | 4.15 | 78.84 |
| Vision-Non taxable | 11.81 | 212.58 |
| **Deductions** | **364.03** | **6,510.54** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, N.A. | C | ***8248 | 1,521.44 |
| **Total Direct Deposits** | | | **1,521.44** |

Gunton Corporation | 26150 Richmond Rd  Bedford Hts, OH 44146 | (216) 831-2420