Pay Stub                                                                                                          Page 1 of 2

LEHIGH VALLEY HEALTH NETWORK                                                     Number        11310269
1200 South Cedar Crest Blvd                                                      Check Date    10/28/2016
ALLENTOWN, PA 18103 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Nancy Gibbons                                                                    Net Pay  2082.54
2047 Fieldview Dr
Nazareth, PA 18064-8407                                                          NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Nancy Gibbons | | 211229 | 02 | 0571 | 10/22/2016 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2755.20 | 21588.65 |
| Total Deductions | | 654.60 | 4892.89 |
| Total Net | | 2082.54 | 16553.86 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Reportable | | 18.06 | 18.06 | 141.90 |
| Paid Time Off | | | | 2982.69 |
| Regular | 80.00 | | 2737.14 | 18464.06 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 34.30 | 270.84 |
| Federal Income Tax | 215.22 | 1697.06 |
| Allentown LST | 2.00 | 16.00 |
| Medicare Employee | 39.11 | 308.84 |
| Pennsylvania UI EE | 1.91 | 15.01 |
| Pennsylvania SWT | 82.25 | 649.53 |
| Social Security EE | 167.24 | 1320.57 |
| 403(b) Employee % | 54.74 | 325.89 |
| Comprehensive Dental EE | 18.00 | 90.00 |
| Choice Plus - Medical EE | 36.75 | 183.75 |
| Vision EE | 3.08 | 15.40 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/window plain.htm?func=opener.PrepareStub...   11/30/2016

Pay Stub

| Auto Deposit Distributions | | Description | Amount |
|---|---|---|---|
| Routing | Account | PNC | 2082.54 |
| 31300012 | 9013438248 | | |

LEHIGH VALLEY HEALTH NETWORK                           Number        11303382
1200 South Cedar Crest Blvd                            Check Date    10/14/2016
ALLENTOWN, PA 18103 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Nancy Gibbons                                          Net Pay  2064.29
2047 Fieldview Dr
Nazareth, PA 18064-8407                                NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Nancy Gibbons | | 211229 | 02 | 0571 | 10/08/2016 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2729.60 | 18833.45 |
| Total Deductions | | 647.25 | 4238.29 |
| Total Net | | 2064.29 | 14471.32 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Reportable | | 18.06 | 18.06 | 123.84 |
| Paid Time Off | | | | 2982.69 |
| Regular | 80.00 | | 2711.54 | 15726.92 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 33.97 | 236.54 |
| Federal Income Tax | 211.46 | 1481.84 |
| Allentown LST | 2.00 | 14.00 |
| Medicare Employee | 38.74 | 269.73 |
| Pennsylvania UI EE | 1.90 | 13.10 |
| Pennsylvania SWT | 81.47 | 567.28 |
| Social Security EE | 165.65 | 1153.33 |
| 403(b) Employee % | 54.23 | 271.15 |
| Comprehensive Dental EE | 18.00 | 72.00 |
| Choice Plus - Medical EE | 36.75 | 147.00 |
| Vision EE | 3.08 | 12.32 |

Pay Stub — Page 2 of 2

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31300012 | 9013438248 | PNC | 2064.29 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub...    11/30/2016

LEHIGH VALLEY HEALTH NETWORK
1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

Number      11296595
Check Date  09/30/2016

Print

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Nancy Gibbons
2047 Fieldview Dr
Nazareth, PA 18064-8407
US

Net Pay  2064.29

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Nancy Gibbons | | 211229 | 02 | 0571 | 09/24/2016 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2729.60 | 16103.85 |
| Total Deductions | | 647.25 | 3591.04 |
| Total Net | | 2064.29 | 12407.03 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Reportable | | 18.06 | 18.06 | 105.78 |
| Paid Time Off | | | | 2982.69 |
| Regular | 80.00 | | 2711.54 | 13015.38 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 33.97 | 202.57 |
| Federal Income Tax | 211.46 | 1270.38 |
| Allentown LST | 2.00 | 12.00 |
| Medicare Employee | 38.74 | 230.99 |
| Pennsylvania UI EE | 1.90 | 11.20 |
| Pennsylvania SWT | 81.47 | 485.81 |
| Social Security EE | 165.65 | 987.68 |
| 403(b) Employee % | 54.23 | 216.92 |
| Comprehensive Dental EE | 18.00 | 54.00 |
| Choice Plus - Medical EE | 36.75 | 110.25 |
| Vision EE | 3.08 | 9.24 |

Pay Stub

| Auto Deposit Distributions Routing | Account | Description | Amount |
|---|---|---|---|
| 31300012 | 9013438248 | PNC | 2064.29 |

Pay Stub                                                                                                   Page 1 of 2

LEHIGH VALLEY HEALTH NETWORK                                         Number        11289801
1200 South Cedar Crest Blvd                                          Check Date    09/16/2016
ALLENTOWN, PA 18103 United States of America
                                                                                   Print

*VOID VOID VOID VOID VOID VOID VOID VOID*

                    Pay to the order of
Nancy Gibbons                                                               Net Pay  2064.29
2047 Fieldview Dr
Nazareth, PA 18064-8407                                                     NON-NEGOTIABLE
US

         Name            Social Number   Employee Number  Process Level  Department  Period End
    Nancy Gibbons                           21229              02           0571     09/10/2016

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2729.60 | 13374.25 |
| Total Deductions | | 647.25 | 2943.79 |
| Total Net | | 2064.29 | 10342.74 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Reportable | | 18.06 | 18.06 | 87.72 |
| Paid Time Off | 24.00 | | 813.46 | 2982.69 |
| Regular | 56.00 | | 1898.08 | 10303.84 |

Deductions

| Description | Current | Year to Date |
|---|---|---|
| Allentown City | 33.97 | 168.60 |
| Federal Income Tax | 211.46 | 1058.92 |
| Allentown LST | 2.00 | 10.00 |
| Medicare Employee | 38.74 | 192.25 |
| Pennsylvania UI EE | 1.90 | 9.30 |
| Pennsylvania SWT | 81.47 | 404.34 |
| Social Security EE | 165.65 | 822.03 |
| 403(b) Employee % | 54.23 | 162.69 |
| Comprehensive Dental EE | 18.00 | 36.00 |
| Choice Plus - Medical EE | 36.75 | 73.50 |
| Vision EE | 3.08 | 6.16 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(5)   12/6/2016

Pay Stub

| Auto Deposit Distributions Routing | Account | Description | Amount |
|---|---|---|---|
| 31300012 | 9013438248 | PNC | 2064.29 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(5)    12/6/2016