United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-17774-ref
Mark Steven Lewis                                                           Chapter 13
Nancy G Lewis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Mar 03, 2017
                             Form ID: 309I            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
| | | |
|---|---|---|
| db/jdb | Mark Steven Lewis,   Nancy G Lewis,   2047 Fieldview Dr,   Nazareth, PA  18064-8407 | |
| tr | +FREDERICK L. REIGLE,   Chapter 13 Trustee,   2901 St. Lawrence Avenue,   P.O. Box 4010,    Reading, PA 19606-0410 | |
| smg | +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,    Allentown, PA 18101-1603 | |
| smg | City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601 | |
| smg | +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401 | |
| smg | +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300 | |
| 13819188 | Andrew Everett Callahan,   1 International Plz Fl 5,   Philadelphia, PA  19113-1510 | |
| 13819189 | Bank Of America Home Loans,   PO Box 31785 Box 31785,   Tampa, FL  33631-3785 | |
| 13831128 | +Bank of America, NA,   c/o Denise Carlon, Esq.,   KML Law Group, PC,    701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541 | |
| 13819193 | +CH Hospital Of Allentown,   PO Box 862348,   Philadelphia, PA 19182-0001 | |
| 13819194 | CHS Professional Practice,   PO Box 826348,   Philadelphia, PA  19182-6348 | |
| 13819195 | Comeity Bank/Bon Ton,   3100 Easton Square Pl,   Columbus, OH  43219-6232 | |
| 13819196 | Commonwealth of Pennsylvania,   PO Box 67503,   Harrisburg, PA  17106-7503 | |
| 13819199 | Dish Network,   Dept 94063,   Palatine, IL  60094-0000 | |
| 13853943 | ECMC,   PO Box 16408,   St. Paul, MN 55116-0408 | |
| 13819201 | FBCS,   330 S Warminster Rd Ste 353,   Hatboro, PA  19040-3433 | |
| 13819206 | KML Law Group,   701 Market St,   Ste 5000-BNY Mellon Independence Center,    Philadelphia, PA 19106-1538 | |
| 13819209 | National Payment Center,   US Department of Education,   PO Box 105028,    Atlanta, GA  30348-5028 | |
| 13819211 | Navient solutions,   PO Box 9640 Box 9640,   Wilkes Barre, PA  18773-9640 | |
| 13819212 | Northland Group,   PO Box 390905,   Minneapolis, MN  55439-0905 | |
| 13872926 | +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021 | |
| 13819213 | +Pa Dept Labor & Industry,   100 Lackawanna Ave Rm 201-B,   Scranton, PA 18503-1945 | |
| 13819215 | Penn Credit Corp,   PO Box 988 916 S 14th St.,   Harrisburg, PA  17108-0988 | |
| 13819216 | Phillips & Cohen,   1002 Justison St Mail Stop 565,   Wilmington, DE  19801-5148 | |
| 13819219 | Student Assistance Corp,   PO Box 9570,   Wilkes Barre, PA  18773-9570 | |
| 13819221 | Twin Rivers Gastro/East Penn,   20 Community Dr,   Easton, PA  18045-2658 | |
| 13819222 | US Department of Education,   PO Box 530260,   Atlanta, GA  30353-0260 | |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
| | | |
|---|---|---|
| aty | E-mail/Text: feldmanfiling@rcn.com Mar 04 2017 01:46:13     LYNN E. FELDMAN,    Feldman Law Offices,   221 N. Cedar Crest Boulevard,   Allentown, PA 18104 | |
| smg | +E-mail/Text: roberts12@dnb.com Mar 04 2017 01:46:56     Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520 | |
| smg | +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 04 2017 01:47:01     U.S. Attorney Office,    c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404 | |
| ust | +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 04 2017 01:46:51     United States Trustee,    Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405 | |
| 13819187 | EDI: AFNIRECOVERY.COM Mar 04 2017 01:43:00   Afni,   PO Box 3427,    Bloomington, IL  61702-3427 | |
| 13825780 | EDI: AIS.COM Mar 04 2017 01:43:00     American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848 | |
| 13819190 | E-mail/Text: banko@berkscredit.com Mar 04 2017 01:46:25     Berks Credit & Collection,    PO Box 329,   Temple, PA  19560-0329 | |
| 13819191 | EDI: STFC.COM Mar 04 2017 01:43:00     CACH,   4340 S Monaco St # 2nd,   Denver, CO  80237-3485 | |
| 13870062 | EDI: STFC.COM Mar 04 2017 01:43:00     CACH, LLC,   PO BOX 5980,   Denver, CO 80217-5980 | |
| 13819192 | EDI: CAPITALONE.COM Mar 04 2017 01:43:00     Capital One Bank,   4851 Cox Rd,    Glen Allen, VA  23060-6293 | |
| 13827016 | EDI: CAPITALONE.COM Mar 04 2017 01:43:00     Capital One Bank (USA), N.A.,   PO Box 71083,    Charlotte, NC  28272-1083 | |
| 13819197 | EDI: CRFRSTNA.COM Mar 04 2017 01:43:00     Credit First  National Assoc,   PO Box 81344,    Cleveland, OH  44181-0344 | |
| 13819198 | EDI: CRFRSTNA.COM Mar 04 2017 01:43:00     Credit First Na/ Firestone,   PO Box 81083,    Cleveland, OH  44181-0083 | |
| 13819200 | EDI: DCI.COM Mar 04 2017 01:43:00     Diversified Consultants Inc,   PO Box 551268,    Jacksonville, FL  32255-1268 | |
| 13819202 | E-mail/Text: data_processing@fin-rec.com Mar 04 2017 01:46:26     Financial Recovery Services,    PO Box 385908,   Minneapolis, MN  55438-5908 | |
| 13819203 | EDI: STFC.COM Mar 04 2017 01:43:00     Fresh View Solutions,   4340 S Monaco St Ste 400,    Denver, CO  80237-3485 | |
| 13819204 | +EDI: IIC9.COM Mar 04 2017 01:43:00     I C Systems Collections,   444 Highway 96 East,    Saint Paul, MN 55127-2557 | |
| 13819205 | EDI: IRS.COM Mar 04 2017 01:43:00     Internal Revenue Service,   PO Box 7346,    Philadelphia, PA  19101-7346 | |
| 13847647 | EDI: MERRICKBANK.COM Mar 04 2017 01:43:00     MERRICK BANK,   Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368 | |
| 13819207 | EDI: MERRICKBANK.COM Mar 04 2017 01:43:00     Merrick Bank,   PO Box 9201,    Old Bethpage, NY  11804-9001 | |

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Mar 03, 2017
                             Form ID: 309I            Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13819208         EDI: MID8.COM Mar 04 2017 01:43:00     Midland Funding LLC,    8875 Aero Dr Ste 200,
                 San Diego, CA  92123-2255
13819210         EDI: NAVIENTFKASMSERV.COM Mar 04 2017 01:43:00     Navient,    PO Box 9655,
                 Wilkes Barre, PA  18773-9655
13819217         EDI: PRA.COM Mar 04 2017 01:43:00     Portfolio Recovery Assoc.,    120 Corporate Blvd,
                 Norfolk, VA  23502-4952
13876625         EDI: PRA.COM Mar 04 2017 01:43:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13819214         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2017 01:46:48     Pa Dept Of Revenue,
                 Dept 280946 Bankruptcy Division,    Harrisburg, PA  17128-0001
13823662        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2017 01:46:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13831065        +EDI: DRIV.COM Mar 04 2017 01:43:00     SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,
                 DALLAS, TX 75356-0284
13819218         EDI: DRIV.COM Mar 04 2017 01:43:00     Santander Consumer USA,    PO Box 961245,
                 Fort Worth, TX  76161-0244
13819220         EDI: CITICORP.COM Mar 04 2017 01:43:00     Sunoco,    PO Box 6497,   Sioux Falls, SD  57117-6497
                                                                                           TOTAL: 29
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
               Reading, PA 19606-0410
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
```
            DENISE ELIZABETH CARLON   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
            FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            LYNN E. FELDMAN   on behalf of Debtor Mark Steven Lewis feldmanfiling@rcn.com
            LYNN E. FELDMAN   on behalf of Joint Debtor Nancy G Lewis feldmanfiling@rcn.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark Steven Lewis** | Social Security number or ITIN  **xxx–xx–3465** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Nancy G Lewis** | Social Security number or ITIN  **xxx–xx–7019** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | Date case filed for chapter  **13**  **11/4/16** |
| Case number:   **16–17774–ref** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark Steven Lewis | Nancy G Lewis |
| 2. | **All other names used in the last 8 years** | | aka Nancy Gibbons Lewis |
| 3. | **Address** | 2047 Fieldview Dr<br>Nazareth, PA 18064–8407 | 2047 Fieldview Dr<br>Nazareth, PA 18064–8407 |
| 4. | **Debtor's attorney**<br>Name and address | LYNN E. FELDMAN<br>Feldman Law Offices<br>221 N. Cedar Crest Boulevard<br>Allentown, PA 18104 | Contact phone (610) 530–9285<br>Email:  feldmanfiling@rcn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br>Date: 3/3/17 |

**For more information, see page 2**

Debtor  **Mark Steven Lewis**  and  **Nancy G Lewis**                                   Case number **16–17774–ref**

| | | |
|---|---|---|
| **7.  Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 28, 2017 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8.  Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/27/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/26/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/3/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $500.00 per month for 60 months. The hearing on confirmation will be held on:<br>**5/11/17** at **09:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.  Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12.  Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13.  Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |