United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark Steven Lewis  
Nancy G Lewis  
    Debtors

Case No. 16-17774-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Angela        Page 1 of 1        Date Rcvd: Aug 31, 2017  
                                Form ID: 155       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.  
db/jdb       Mark Steven Lewis,   Nancy G Lewis,   2047 Fieldview Dr,   Nazareth, PA  18064-8407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:  
           DENISE ELIZABETH CARLON   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
           FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
           FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
            ecf_frpa@trustee13.com  
           LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
            ecf_frpa@trustee13.com  
           LYNN E. FELDMAN   on behalf of Debtor Mark Steven Lewis feldmanfiling@rcn.com  
           LYNN E. FELDMAN   on behalf of Joint Debtor Nancy G Lewis feldmanfiling@rcn.com  
           United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark Steven Lewis and Nancy G
Lewis
        Debtor(s)                              Chapter: 13
                                                 Bankruptcy No: 16−17774−ref
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 31st day of August, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Richard E. Fehling
                                                 Judge ,
                                                 United States Bankruptcy Court