PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-4803.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                Bk. No. 16-17774-ref

Mark Steven Lewis And Nancy G Lewis
Aka Nancy Gibbons Lewis,                                  Chapter 13

     Debtors.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Carrington Mortgage Services, LLC, as Servicing Agent for Bank of America N.A, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 2047 Fieldview Dr, Nazareth, Pennsylvania 18064 (Loan No. XXXX5518), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: September 11, 2017          By /s/ Dean R. Prober
                                                        DEAN R. PROBER, ESQ., CA BAR # 106207
                                                        As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 9/14/17, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Mark Steven Lewis
Nancy G Lewis
2047 Fieldview Dr
Nazareth, PA 18064-8407
Debtors

Lynn E. Feldman, Esquire
Feldman Law Offices
221 N. Cedar Crest Boulevard
Allentown, PA 18104
Attorney for Debtors

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/14/17, at Woodland Hills, California.

/s/ Roger Soria