United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17774-ref
Mark Steven Lewis                                                   Chapter 13
Nancy G Lewis
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1           Date Rcvd: Oct 05, 2017
                              Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
db/jdb         Mark Steven Lewis,   Nancy G Lewis,   2047 Fieldview Dr,   Nazareth, PA  18064-8407
cr             CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
cr            +Carrington Mortgage Services, LLC,,   c/o PROBER & RAPHAEL, A LAW CORPORATION,
                20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
cr            +Carrington Mortgage Services, LLC,,   1600 South Douglass Road,   Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 01:53:14     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Nancy G Lewis feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Debtor Mark Steven Lewis feldmanfiling@rcn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MARK STEVEN LEWIS | : | |
| NANCY G LEWIS | : | Bankruptcy No. 16-17774-ref |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

   $   3,500.00   for attorney's fees
   $       0.00   for expenses
   $   3,500.00   TOTAL for fees AND expenses
   LESS $ 1,190.00   credit for funds already received; equals
   $   2,310.00   BALANCE DUE

**Date: October 5, 2017**

ENTERED: _____                    _____
                                                                                J.

I ASK FOR THIS:

/s/ Lynn E. Feldman, Esquire
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor