# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MARK STEVEN LEWIS, and NANCY G. LEWIS, a/k/a NANCY GIBBONS LEWIS, | CASE NO.: 16-17774-REF |
| Debtors | |
| BANK OF AMERICA, N.A., its assignees and/or successors in interest, | **HEARING DATE:** Tuesday, June 5, 2018  9:30 a.m. |
| Movant | |
| vs. | **LOCATION:** U.S. Bankruptcy Court The Madison Building Courtroom No. 1 400 Washington Street Reading, PA 19601 |
| MARK STEVEN LEWIS, and NANCY G. LEWIS, a/k/a NANCY GIBBONS LEWIS, Respondents FREDERICK L. REIGLE, Trustee | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*Movant has filed a Motion for Relief From Automatic Stay with the Court for relief from the Automatic Stay to permit Movant to foreclose on the property located at **2047 Fieldview Dr., Nazareth, Pennsylvania 18064-8407**.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 29, 2018, you or your attorney must do all of the following:

(a) file an answer explaining you position at:

*United States Bankruptcy Court Clerk*
*Eastern District of Pennsylvania*
*The Madison Bldg.*
*400 Washington, St., Rm. 300*
*Reading, PA 19601*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

   (b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*

   and

*Frederick L. Reigle, Trustee*
*2901 St. Lawrence Avenue*
*P.O. Box 4010*
*Reading, PA 19606*

2.  If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3 A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on Tuesday, June 5, 2018, at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, Eastern District of Pennsylvania, The Madison Building, 400 Washington Street, Reading, PA 19601

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: May 15, 2018