UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Re: | MARK STEVEN LEWIS | **Notice of Hearing** |
| | NANCY G LEWIS | **September 13, 2018 at** |
| | Debtors | **9:30 a.m.** |
| | | **U.S. Bankruptcy Court** |
| | Chapter 13 | **Suite 300, The Madison Bldg.** |
| | | **Courtroom 1** |
| | Case No.: 16-17774-REF | **400 Washington Street** |
| | | **Reading, PA  19601** |

## **NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING**

Lynn E. Feldman, Esquire, Attorney for Debtors has filed a Motion to Modify Plan After Confirmation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the Motion to Modify Plan After Confirmation, or if you want the Court to consider your views on the Motion, then on or before**, September 4, 2018** you must do all of the following:

    (a) File an answer explaining your position at:

    **United States Bankruptcy Court**
    **Suite 300, The Madison Building**
    **400 Washington Street**
    **Reading, PA  19601**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's Attorney:

    Lynn E. Feldman, Esquire
    Feldman Law Offices, P.C.
    221 N. Cedar Crest Blvd.
    Allentown, PA  18104
    Telephone No.:  (610) 530-9285
    Facsimile No.:   (610) 437-7011

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

**3.** A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on **September 13, 2018, at 9:30 a.m**. in **Courtroom 1, United States Bankruptcy Court, Suite 300, The Madison Building, 400 Washington Street, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).**

4. If a copy of their motion is not enclosed, a copy of one will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5036 to find out whether the Hearing has been canceled because no one filed an answer.

Date: *August 14, 2018*          */s/ Lynn E. Feldman, Esquire*
                                  LYNN E. FELDMAN, ESQUIRE
                                  Attorney for Debtors
                                  PA I.D. No. 35996
                                  221 N. Cedar Crest Blvd.
                                  Allentown, PA  18104
                                  (610) 530-9285