**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MARK STEVEN LEWIS          :
          NANCY G LEWIS                    :   16-17774 REF
                                                          :
                   Debtors                        :   Chapter 13
                                                          :

## **PRAECIPE**

TO THE CLERK:

Kindly withdraw the following documents filed on August 14, 2018 from the docket:

1. Document #40, "First Motion to Modify Plan *after Confirmation;*"
2. Document #41, "Modified Chapter 13 Plan *First Post Confirmation;*"
3. Document #42, "Notice of (related document(s): 40 First Motion to Modify Plan *after Confirmation*);"

DATE*: August 16, 2018*        BY:   */s/ Lynn E. Feldman, Esquire*
                                                                      Lynn E. Feldman, Esquire
                                                                      Chapter 7 Trustee
                                                                       PA   I.D. No. 35996
                                                                       221 N. Cedar Crest Blvd.
                                                                       Allentown, PA  18104
                                                                       (610) 530-9285