**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MARK STEVEN LEWIS
      NANCY G LEWIS            :    16-17774 REF
                               :
             Debtors         :    Chapter 13

## ORDER

AND NOW, upon consideration of Debtors' Motion to Modify the Confirmed Chapter 13 Plan, the following is so ORDERED:

      1.     The Plan payments are modified to include the post petition arrears as stated in the First Post Confirmation Modified Plan.

*BY THE COURT:*

**Date: September 10, 2018**

_____

**Richard E. Fehling, UCBJ**