United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark Steven Lewis  
Nancy G Lewis  
    Debtors

Case No. 16-17774-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa        Page 1 of 1        Date Rcvd: Sep 10, 2018  
                            Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.  
db/jdb        Mark Steven Lewis,   Nancy G Lewis,   2047 Fieldview Dr,   Nazareth, PA 18064-8407  
cr         +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,  
           20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207  
cr         +Carrington Mortgage Services, LLC,   c/o PROBER & RAPHAEL, A LAW CORPORATION,  
           20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207  
cr         +Carrington Mortgage Services, LLC,,   1600 South Douglass Road,   Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2018 02:12:10     CACH, LLC,  
           PO Box 10587,   Greenville, SC 29603-0587  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 02:11:45     Synchrony Bank,  
          c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                                              TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:  
        DENISE ELIZABETH CARLON   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        JASON BRETT SCHWARTZ   on behalf of Creditor   Bank of America, N.A. jschwartz@mesterschwartz.com,  
         jottinger@mesterschwartz.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        LYNN E. FELDMAN   on behalf of Joint Debtor Nancy G Lewis feldmanfiling@rcn.com  
        LYNN E. FELDMAN   on behalf of Debtor Mark Steven Lewis feldmanfiling@rcn.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                                                                            TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MARK STEVEN LEWIS
   NANCY G LEWIS        :  16-17774 REF
                 :
   Debtors            :  Chapter 13

## **ORDER**

AND NOW, upon consideration of Debtors' Motion to Modify the Confirmed Chapter 13 Plan, the following is so ORDERED:

  1.  The Plan payments are modified to include the post petition arrears as stated in the First Post Confirmation Modified Plan.

**Date: September 10, 2018**

**BY THE COURT:**

*Richard E. Fehling, UCBJ*