**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  MARK STEVEN LEWIS        : | |
| NANCY G LEWIS                             : | 16-17774 REF |
| : | |
| Debtors        : | Chapter 13 |
| : | |

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Post Confirmation Application for Compensation of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

        $ _____875.00_____ for attorney's fees
        $ _____0.00_____ for expenses
        $ _____875.00_____ TOTAL for fees AND expenses
LESS $ _____0.00_____ credit for funds already received; equals
        $ _____875.00_____ BALANCE DUE

**Date: October 16, 2018**

ENTERED: _____        _____
                                                                                                                J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtors