United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17774-ref
Mark Steven Lewis                                                     Chapter 13
Nancy G Lewis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1            Date Rcvd: Oct 16, 2018
                              Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db/jdb         Mark Steven Lewis,   Nancy G Lewis,   2047 Fieldview Dr,   Nazareth, PA  18064-8407
cr            +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
cr            +Carrington Mortgage Services, LLC,,   c/o PROBER & RAPHAEL, A LAW CORPORATION,
                20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
cr            +Carrington Mortgage Services, LLC,,   1600 South Douglass Road,   Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:47:10      CACH, LLC,
                PO Box 10587,   Greenville, SC  29603-0587
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:48:16      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Nancy G Lewis feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Debtor Mark Steven Lewis feldmanfiling@rcn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  MARK STEVEN LEWIS | : | |
|           NANCY G LEWIS | : | 16-17774 REF |
| | : | |
|           Debtors | : | Chapter 13 |
| | : | |

### ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Post Confirmation Application for Compensation of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

   $ _____875.00_____ for attorney's fees
   $ _____0.00_____ for expenses
   $ _____875.00_____ TOTAL for fees AND expenses
   LESS $ _____0.00_____ credit for funds already received; equals
   $ _____875.00_____ BALANCE DUE

**Date: October 16, 2018**

ENTERED: _____    _____
                                                                                                  J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtors