| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-17774-PMM

MARK STEVEN LEWIS  
NANCY G LEWIS  
2047 FIELDVIEW DR  
NAZARETH  PA   18064-8407

Petition Filed Date: 11/04/2016  
341 Hearing Date: 03/28/2017  
Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $776.32 | | 02/11/2019 | $776.32 | | 03/12/2019 | $776.32 | |
| 04/10/2019 | $776.32 | | 05/20/2019 | $776.32 | | 06/05/2019 | $776.32 | |
| 07/08/2019 | $776.32 | | 08/26/2019 | $776.32 | | 09/23/2019 | $776.32 | |
| 10/23/2019 | $776.32 | 6265200000 | 11/18/2019 | $776.32 | 6335983000 | 12/30/2019 | $776.32 | 6434294000 |
| 01/27/2020 | $776.32 | 6505550000 | 02/24/2020 | $776.32 | 6577989000 | 03/25/2020 | $776.32 | 6661042000 |
| 05/04/2020 | $776.32 | 6762032000 | 05/26/2020 | $776.32 | 6809755000 | 06/15/2020 | $776.32 | 6864854000 |
| 07/15/2020 | $776.32 | 6940772000 | | | | | | |

**Total Receipts for the Period: $14,750.08   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,579.04**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $870.11 | $0.00 | $870.11 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $3,713.01 | $0.00 | $3,713.01 |
| 8 | CACH LLC »» 008 | Unsecured Creditors | $2,855.68 | $0.00 | $2,855.68 |
| 19 | CARRINGTON MORTGAGE SERVICES LLC »» 019 | Mortgage Arrears | $15,430.74 | $10,938.87 | $4,491.87 |
| 19 | CARRINGTON MORTGAGE SERVICES LLC »» 19P | Mortgage Arrears | $12,886.60 | $7,585.58 | $5,301.02 |
| 18 | CREDIT FIRST NA »» 018 | Unsecured Creditors | $1,369.74 | $0.00 | $1,369.74 |
| 6 | EDUCATIONAL CREDIT MGMT CORP »» 006 | Unsecured Creditors | $18,808.29 | $0.00 | $18,808.29 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $1,150.61 | $1,150.61 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $14,303.73 | $0.00 | $14,303.73 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $3,079.38 | $0.00 | $3,079.38 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $4,102.71 | $0.00 | $4,102.71 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 013 | Unsecured Creditors | $710.18 | $0.00 | $710.18 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 014 | Unsecured Creditors | $488.69 | $0.00 | $488.69 |

**Chapter 13 Case No. 16-17774-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $2,297.51 | $1,628.73 | $668.78 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,490.76 | $0.00 | $4,490.76 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $6,472.72 | $0.00 | $6,472.72 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,165.62 | $0.00 | $1,165.62 |
| 4 | SANTANDER CONSUMER USA<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 015 | Unsecured Creditors | $13,561.62 | $0.00 | $13,561.62 |
| 16 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 016 | Unsecured Creditors | $31,114.16 | $0.00 | $31,114.16 |
| 17 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 017 | Unsecured Creditors | $35,648.45 | $0.00 | $35,648.45 |
| 20 | LYNN E FELDMAN ESQ<br>»» 020 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 20 | LYNN E FELDMAN ESQ<br>»» 20B | Attorney Fees | $850.00 | $850.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,579.04 | Current Monthly Payment: | $776.32 |
| Paid to Claims: | $24,463.79 | Arrearages: | $776.32 |
| Paid to Trustee: | $2,416.56 | Total Plan Base: | $40,000.16 |
| Funds on Hand: | $698.69 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.