Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 16-17774-PMM**

MARK STEVEN LEWIS  
NANCY G LEWIS  
2047 FIELDVIEW DR  
NAZARETH  PA    18064-8407

Petition Filed Date: 11/04/2016  
341 Hearing Date: 03/28/2017  
Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $776.32 | 6505550000 | 02/24/2020 | $776.32 | 6577989000 | 03/25/2020 | $776.32 | 6661042000 |
| 05/04/2020 | $776.32 | 6762032000 | 05/26/2020 | $776.32 | 6809755000 | 06/15/2020 | $776.32 | 6864854000 |
| 07/15/2020 | $776.32 | 6940772000 | 08/24/2020 | $776.32 | 7029975000 | 09/21/2020 | $776.32 | 7096310000 |
| 10/29/2020 | $776.32 | 7190561000 | 11/20/2020 | $776.32 | 7247967000 | 12/28/2020 | $776.32 | 7328649000 |
| 01/25/2021 | $776.32 | 7398785000 | 02/22/2021 | $776.32 | 7464954000 | 03/18/2021 | $776.32 | 7534580000 |
| 04/20/2021 | $776.32 | 7612613000 | 05/17/2021 | $776.32 | 7673095000 | | | |

**Total Receipts for the Period: $13,197.44    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,342.24**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $870.11 | $0.00 | $870.11 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $3,713.01 | $0.00 | $3,713.01 |
| 8 | CACH LLC<br>»» 008 | Unsecured Creditors | $2,855.68 | $0.00 | $2,855.68 |
| 19 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 019 | Mortgage Arrears | $15,430.74 | $14,008.81 | $1,421.93 |
| 19 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 19P | Mortgage Arrears | $12,886.60 | $11,208.53 | $1,678.07 |
| 18 | CREDIT FIRST NA<br>»» 018 | Unsecured Creditors | $1,369.74 | $0.00 | $1,369.74 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $18,808.29 | $0.00 | $18,808.29 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $1,150.61 | $1,150.61 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $14,303.73 | $0.00 | $14,303.73 |
| 5 | MERRICK BANK<br>»» 005 | Unsecured Creditors | $3,079.38 | $0.00 | $3,079.38 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $4,102.71 | $0.00 | $4,102.71 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $710.18 | $0.00 | $710.18 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $488.69 | $0.00 | $488.69 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $2,297.51 | $2,085.80 | $211.71 |

**Chapter 13 Case No. 16-17774-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $4,490.76 | $0.00 | $4,490.76 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $6,472.72 | $0.00 | $6,472.72 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $1,165.62 | $0.00 | $1,165.62 |
| 4 | SANTANDER CONSUMER USA<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | UNITED STUDENT AID FUNDS INC (USAF)<br>»»  015 | Unsecured Creditors | $13,561.62 | $0.00 | $13,561.62 |
| 16 | UNITED STUDENT AID FUNDS INC (USAF)<br>»»  016 | Unsecured Creditors | $31,114.16 | $0.00 | $31,114.16 |
| 17 | UNITED STUDENT AID FUNDS INC (USAF)<br>»»  017 | Unsecured Creditors | $35,648.45 | $0.00 | $35,648.45 |
| 20 | LYNN E FELDMAN ESQ<br>»»  020 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 20 | LYNN E FELDMAN ESQ<br>»»  20B | Attorney Fees | $850.00 | $850.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,342.24 | Current Monthly Payment: | $776.32 |
| Paid to Claims: | $31,613.75 | Arrearages: | $776.32 |
| Paid to Trustee: | $3,029.79 | Total Plan Base: | $40,000.16 |
| Funds on Hand: | $698.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.