United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17774-pmm |
| Mark Steven Lewis | Chapter 13 |
| Nancy G Lewis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 25, 2022 | Form ID: 138OBJ | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Steven Lewis, Nancy G Lewis, 2047 Fieldview Dr, Nazareth, PA 18064-8407 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13819188 | # | Andrew Everett Callahan, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 14467238 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13819189 | | Bank Of America Home Loans, PO Box 31785 Box 31785, Tampa, FL 33631-3785 |
| 14467661 | + | Bank of America NA, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13921596 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 13831128 | + | Bank of America, NA, c/o Denise Carlon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13819193 | + | CH Hospital Of Allentown, PO Box 862348, Philadelphia, PA 19182-0001 |
| 13819194 | | CHS Professional Practice, PO Box 826348, Philadelphia, PA 19182-6348 |
| 13986238 | + | Carrington Mortgage Services, LLC, c/o Dean R. Prober, Esq., 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 13819195 | | Comeity Bank/Bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 13819201 | | FBCS, 330 S Warminster Rd Ste 353, Hatboro, PA 19040-3433 |
| 13819206 | + | KML Law Group, 701 Market St, Ste 5000-BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 13889999 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13819212 | | Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 13819213 | + | Pa Dept Labor & Industry, 100 Lackawanna Ave Rm 201-B, Scranton, PA 18503-1945 |
| 13819216 | | Phillips & Cohen, 1002 Justison St Mail Stop 565, Wilmington, DE 19801-5148 |
| 13819219 | | Student Assistance Corp, PO Box 9570, Wilkes Barre, PA 18773-9570 |
| 13819221 | | Twin Rivers Gastro/East Penn, 20 Community Dr, Easton, PA 18045-2658 |
| 13819222 | | US Department Of Education, PO Box 530260, Atlanta, GA 30353-0260 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14125504 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 25 2022 23:58:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13819187 | | Email/Text: EBNProcessing@afni.com | Jan 25 2022 23:58:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 13825780 | | Email/PDF: ebn_ais@aisinfo.com | Jan 26 2022 00:02:25 | American InfoSource LP as agent for, T |

Case 16-17774-pmm   Doc 65   Filed 01/27/22   Entered 01/28/22 00:33:46   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: 138OBJ | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13819190 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 25 2022 23:58:00 | Berks Credit & Collection, PO Box 329, Temple, PA 19560-0329 |
| 13819191 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 00:02:25 | CACH, 4340 S Monaco St # 2nd, Denver, CO 80237-3485 |
| 13870062 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 00:02:29 | CACH, LLC, PO Box 10587, Greensville, SC 29603-0587 |
| 13819192 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2022 00:02:21 | Capital One Bank, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 13827016 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2022 00:02:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13984789 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 25 2022 23:58:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 13819196 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 25 2022 23:58:00 | Commonwealth Of Pennsylvania, PO Box 67503, Harrisburg, PA 17106-7503 |
| 13819197 | | Email/Text: BKPT@cfna.com | Jan 25 2022 23:58:00 | Credit First National Assoc, PO Box 81344, Cleveland, OH 44181-0344 |
| 13819198 | | Email/Text: BKPT@cfna.com | Jan 25 2022 23:58:00 | Credit First Na/ Firestone, PO Box 81083, Cleveland, OH 44181-0083 |
| 13819199 | | Email/Text: Bankruptcy.Consumer@dish.com | Jan 25 2022 23:58:00 | Dish Network, Dept 94063, Palatine, IL 60094-0000 |
| 13819200 | | Email/Text: bankruptcynotices@dcicollect.com | Jan 25 2022 23:58:00 | Diversified Consultants Inc, PO Box 551268, Jacksonville, FL 32255-1268 |
| 13853943 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 25 2022 23:58:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13819202 | | Email/Text: data_processing@fin-rec.com | Jan 25 2022 23:58:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 13819203 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 00:02:25 | Fresh View Solutions, 4340 S Monaco St Ste 400, Denver, CO 80237-3485 |
| 13819204 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 25 2022 23:58:00 | I C Systems Collections, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 13819205 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2022 23:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13847647 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 26 2022 00:02:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13819207 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 26 2022 00:02:21 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13819208 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2022 23:58:00 | Midland Funding LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13888827 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2022 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13819210 | | Email/PDF: pa_dc_claims@navient.com | Jan 26 2022 00:02:21 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 13819211 | | Email/PDF: pa_dc_claims@navient.com | Jan 26 2022 00:02:28 | Navient solutions, PO Box 9640 Box 9640, Wilkes Barre, PA 18773-9640 |
| 13819217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 00:02:25 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 13876625 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 00:02:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13872926 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 26 2022 00:02:28 | PRA Receivables Management, LLC, PO Box |

Case 16-17774-pmm    Doc 65    Filed 01/27/22    Entered 01/28/22 00:33:46    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: 138OBJ | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 13819214 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2022 23:58:00 | Pa Dept Of Revenue, Dept 280946 Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 13823662 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13831065 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 25 2022 23:58:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 13819218 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 25 2022 23:58:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 13819220 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2022 00:02:29 | Sunoco, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13819209 | ## | National Payment Center, US Department of Education, PO Box 105028, Atlanta, GA 30348-5028 |
| 13819215 | ## | Penn Credit Corp, PO Box 988 916 S 14th St., Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Bank of America  N.A. jschwartz@mesterschwartz.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| LYNN E. FELDMAN | on behalf of Debtor Mark Steven Lewis feldmanfiling@rcn.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Nancy G Lewis feldmanfiling@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Jan 25, 2022 | Form ID: 138OBJ | Total Noticed: 59

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Mark Steven Lewis and Nancy G Lewis

        Debtor(s)

Case No: 16−17774−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/25/22

63 − 62
Form 138OBJ